# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

154397

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 154397
COA: 327424
Bay CC: 14-010099-FH

AARON ALLEN BELLOR,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

t0424